UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORP.,<br>    Defendant | CIVIL ACTION NO. 05CV30047-MAP |

## UNUMPROVIDENT CORPORATION'S CORPORATE DISCLOSURE STATEMENT

The defendant, UnumProvident Corporation, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

UNUMPROVIDENT CORPORATION

By its attorney,

/s/  Joseph M. Hamilton
Joseph M. Hamilton
BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:     (508) 791-8502

Dated: March 24, 2005

CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by electronic filing, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

/s/  Joseph M. Hamilton
Joseph M. Hamilton

Dated: March 24, 2005

{H:\PA\Lit\16310\00069\A0780717.DOC}