UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORP,<br>    Defendant | CIVIL ACTION NO. 05CV30047-MAP |

### JOINT STATEMENT OF PARTIES PURSUANT TO LOCAL RULE 16.1

This is an action in which the plaintiff, Carl Augsberger, seeks to recover disability benefits pursuant to a policy issued by New York Life Insurance Company.  Mr. Augsberger has brought claims for breach of contract and violations of M.G.L. c. 93A and c. 176D.  The defendant, UnumProvident Corp., has denied the allegations made by Mr. Augsberger.

### PROPOSED PRETRIAL SCHEDULE

1. Amendments to the pleadings by August 31, 2005;

2. Written discovery requests to be completed by October 31, 2005;

3. All depositions, except expert depositions, to be completed by March 31, 2006;

4. Disclosure of plaintiff's experts pursuant to Federal Rule of Civil Procedure 26(a)(2) by March 31, 2006;

5. Disclosure of defendant's experts pursuant to Federal Rule of Civil Procedure 26(a)(2) by April 30, 2006;

6. Expert depositions to be completed by June 30, 2006;

7. All discovery completed by June 30, 2006;

{H:\PA\Lit\16310\00069\A0800769.DOC}

8. All dispositive motions, including motions for summary judgment, are to be filed by July 31, 2006.

## TRIAL BY MAGISTRATE

The parties do not consent to trial by Magistrate Judge at this time.

## CERTIFICATIONS

UnumProvident's certification is attached hereto. Mr. Augsberger will file his certification separately.

| CARL AUGSBERGER | UNUMPROVIDENT CORPORATION |
|---|---|
| By his attorney, | By its attorneys, |
| _____/s/  Thomas A. Kenefick, III_____ | _____/s/  Joseph M. Hamilton_____ |
| Thomas A. Kenefick, III, BBO #267620 | Joseph M. Hamilton, BBO #546394 |
| 73 Chestnut Street | Kristina H. Allaire, BBO #646001 |
| Springfield, MA 01103 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Phone:  (413) 734-7000 | 100 Front Street |
| Fax: (413) 731-1302 | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| | Fax:    (508) 791-8502 |

Dated: July 14, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
Plaintiff

V.

UNUM PROVIDENT CORP,
Defendant

CIVIL ACTION NO. 05CV30047-MAP

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Joseph M. Hamilton, attorney for defendant, UnumProvident Corp., and Katharine F. Zupan, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____
Joseph M. Hamilton, BBO #546394
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

_____
Katharine F. Zupan
Assistant Vice President and Counsel
18 Chestnut Street
Worcester, MA 01608

Dated: 7/14/05

{H:\PA\Lit\16310\00069\A0800766.DOC}