UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER,            )
        Plaintiff    )
                            )
v.                          )    Civil Action No.  05-30047-MAP
                            )
                            )
UNUM PROVIDENT CORP.,       )
        Defendant    )

SCHEDULING ORDER
July 18, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by August 5, 2005.

2. Motions to amend the pleadings shall be filed by August 31, 2005.

3. All written discovery shall be served by October 31, 2005.

4. Non-expert depositions shall be completed by March 31, 2006.

5. Counsel shall appear for a case management conference on April 5, 2006, at 10:00 a.m. in Courtroom Three.

6. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by March 31, 2006.

7. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by May 1, 2006.

8. All expert depositions shall be completed by June 30, 2006.

IT IS SO ORDERED.

DATED: July 18, 2005

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge