UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER,
    Plaintiff

v.

UNUM PROVIDENT CORP.
    Defendant

CIVIL ACTION NO. 05CV30047-MAP

### LOCAL RULE 16.1 (D)(3) CERTIFICATION

We, Thomas A. Kenefick, III, attorney for plaintiff and plaintiff Carl Augsberger, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____
Thomas A. Kenefick, III, Esq.
BBO# 267620
73 Chestnut Street
Springfield, MA 01103
(413) 734-7000
(413) 731-1302 fax

_____
Carl Augsberger

Dated: July 18, 2005