UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORP,<br>    Defendant | CIVIL ACTION NO. 05CV30047-MAP |

**DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a) BY UNUMPROVIDENT CORPORATION**

The defendant, UnumProvident Corporation ("UnumProvident"), provides the following statement as required by Federal Rule of Civil Procedure 26(a)(1)(A)-(D).

**The Name, Address and Telephone Number Of Each Individual Who May Have Discoverable Information Relevant To Disputed Facts Alleged With Particularity In The Pleadings Identifying The Subjects Or Information.**

In addition to the plaintiff, the only other individuals of which UnumProvident is aware that may have discoverable information relevant to disputed facts alleged with particularity in the pleadings are referenced or identified in the claim file regarding Mr. Augsberger's claim for disability benefits.

**Documents In The Defendant's Possession, Custody, Or Control That Are Relevant To Disputed Facts Alleged With Particularity In The Pleadings.**

New York Life Insurance Company Policy No. H3192623, and the claim, medical, financial, application and appeal files for Mr. Augsberger's claim for disability benefits.

**Computation Of Any Category Of Damages Claimed By The Disclosing Party.**

None.

**Insurance Policy To Satisfy All Or Any Part Of A Judgment.**

New York Life Insurance Company Policy No. H3192623.

UNUMPROVIDENT CORPORATION

By its attorneys,

/s/  Kristina H. Allaire
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by electronic filing, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

/s/  Kristina H. Allaire
Kristina H. Allaire

Dated: August 5, 2005