UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br>       Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br>       Defendants | CIVIL ACTION NO. 05CV30047-MAP |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Kristina H. Allaire on behalf of the defendant, New York Life Insurance Company, in the above-entitled case.

          NEW YORK LIFE INSURANCE COMPANY

By its attorneys,

      /s/ Kristina H. Allaire
_____
Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

      /s/ Kristina H. Allaire
_____
Kristina H. Allaire

Dated: September 22, 2005

{H:\PA\Lit\16310\00069\A0840786.DOC}    2