UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br>     Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br>     Defendants | CIVIL ACTION NO. 05CV30047-MAP |

**<u>NEW YORK LIFE INSURANCE COMPANY'S</u>** 
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

The defendant, New York Life Insurance Company, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, hereby states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                                                NEW YORK LIFE INSURANCE COMPANY

                                                By its attorneys,

                                                /s/ Kristina H. Allaire
                                            Joseph M. Hamilton
                                            BBO #546394
                                            Kristina H. Allaire
                                            BBO #646001
                                            Mirick, O'Connell, DeMallie & Lougee, LLP
                                            100 Front Street
                                            Worcester, MA 01608-1477
                                            Phone: (508) 791-8500
                                            Fax:    (508) 791-8502

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

                                                /s/ Kristina H. Allaire
                                              Kristina H. Allaire

Dated: September 22, 2005