UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
    Plaintiff

V.

UNUM PROVIDENT CORP and
NEW YORK LIFE INSURANCE
COMPANY,
    Defendants

CIVIL ACTION NO. 05CV30047-MAP

**MOTION FOR ORDER REGARDING HEALTH CLAIM RECORDS**

The defendants request that this Court issue an order requiring Health New England, Inc. ("HNE") to produce all health claim records relating to the plaintiff, Carl Augsberger, that are responsive to the defendants' Subpoena and Keeper of Records Deposition dated December 13, 2005, including but not limited to mental health records. In support of this motion, the defendants state as follows:

    1.    This is a case in which Mr. Augsberger claims he is entitled to benefits pursuant to a disability policy issued by New York Life Insurance Company. Mr. Augsberger claims in his complaint to be disabled as a result of an injury he suffered on April 14, 1997. (Complaint ¶6).

    2.    Because Mr. Augsberger claims to be disabled, his medical records are not only relevant but necessary to the defense.

    3.    In response to the defendants' First Set of Interrogatories dated September 14, 2005, Mr. Augsberger disclosed that his medical insurance is through HNE.

4. Based on this answer, and in accordance with HIPAA requirements, the defendants gave Mr. Augsberger notice of their intent to take a keeper of records deposition to acquire HNE's claim records to determine treatment received by Mr. Augsberger. The defendants provided Mr. Augsberger seven days to object to the deposition before it served HNE. A copy of the letter and notice of deposition is attached hereto as Exhibit A.

5. Having received no objection, the defendants served a subpoena notice upon HNE on December 21, 2005. A copy of which is attached as Exhibit B.

6. In response, the defendants received a letter from HNE stating that it would not produce the requested information without an authorization signed by Mr. Augsberger or a court order. A copy of that letter and authorization are attached hereto as Exhibit C.

7. On December 30, 2005, in an effort to avoid unnecessary motions, the defendants forwarded this authorization to Mr. Augsberger and requested that he return it by January 6, 2006. A copy of that letter is attached hereto as Exhibit D.

8. To date, the defendants have not received the signed authorization from Mr. Augsberger.

WHEREFORE, the defendants request that this Court issue an Order requiring HNE to produce the requested claim records, including mental health records, in accordance with the subpoena.

UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,

/s/ Kristina H. Allaire
Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 1, 2006

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

/s/ Kristina H. Allaire
Kristina H. Allaire

Dated: March 1, 2006

# EXHIBIT A

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

Direct Line (508) 860-1504
khallaire@modl.com

December 13, 2005

Thomas A. Kenefick, III
73 Chestnut Street
Springfield, MA 01103

Re: Carl Augsberger v. UnumProvident Corporation
Civil Action No. 05CV30047-MAP

Dear Mr. Kenefick:

Enclosed please find Notices of Taking Deposition of the Keeper of Records of Brooks Pharmacy and Health New England, Inc., which are scheduled for January 6, 2006. Given that we have yet to receive Mr. Augsberger's signed authorization for Scottsdale Healthcare Osborn that we sent to you on October 25, 2005, also enclosed please find a Notice of Taking Deposition of the Keeper of Records of Scottsdale Healthcare Osborn for January 20, 2006.

In order to comply with recent HIPAA regulations, if no objection is received within seven days of this notice, the above listed Keeper of Record Deposition Subpoenas will be served.

Please note that these depositions are intended to obtain RECORDS ONLY and NO TESTIMONY is anticipated.

Should you wish copies of the responsive record production, please let me know and copies will be provided with an invoice for copying charges. Please feel free to contact me with any questions.

Very truly yours,

Kristina H. Allaire

DPK/rlm
Enclosures
cc: Joseph M. Hamilton, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\1631000069\A0865909.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

www.MirickOConnell.com

BOSTON, MA
617-261-2417 • FAX 617-261-2418

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br> Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br> Defendants | CIVIL ACTION NO. 05CV30047-MAP |

TO:  Thomas A. Kenefick, III
     73 Chestnut Street
     Springfield, MA 01103.

**NOTICE OF DEPOSITION OF THE KEEPER OF**
**RECORDS OF HEALTH NEW ENGLAND, INC.**

Please take notice that, at 10:00 a.m. on Thursday, January 6, 2006, at the offices of Joseph M. Hamilton, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts 01608-1477, the defendant in this action, by its attorney, will take the deposition upon oral examination of the Keeper of Records of Health New England, Inc., One Monarch Place, Suite 1500, Springfield, MA 01144, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before a duly authorized Notary Public, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

The deponent is requested to bring the following at the time of said deposition:

All documents regarding the insurance coverage provided to Carl Augsberger through either an individual or group policy, date of birth: 05/25/53, Social Security No. 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, including but not limited to all records indicating any medical expenses covered on behalf of Mr. Augsberger and any and all documents indicating the nature of any such medical consultations, treatments, or procedures, and to or by whom such payments were issued or requested.

You are invited to attend and cross-examine.

UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,

_____
Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

Dated: 12/18/05

### CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

_____
Kristina H. Allaire

Dated: 12/18/05

{H:\PA\Lit\16310\00069\A0865804.DOC}

# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV30047MAP       TO:   Keeper of Records
                                          Health New England, Inc.
                                          One Monarch Place, Ste 1500
                                          Springfield, MA 01144

YOU ARE HEREBY COMMANDED, in the name of the United States District Court and in accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public or other officer authorized by law to administer oaths at the offices of Mirick, O'Connell, DeMallie & Lougee, 100 Front Street in said Worcester, Massachusetts, in the County of Worcester on January 6, 2006 at 10:00 a.m. to testify at the taking of your deposition in the action of:

**CARL AUGSBERGER**

V.

**UNUM PROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE COMPANY**

Please see Attorney Joseph M. Hamilton for the defendants at this deposition.

You are further required to bring with you the following:

All documents regarding the insurance coverage provided to Carl Augsberger through either an individual or group policy, date of birth: 05/25/53, Social Security No. 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, including but not limited to all records indicating any medical expenses covered on behalf of Mr. Augsberger and any and all documents indicating the nature of any such medical consultations, treatments, or procedures, and to or by whom such payments were issued or requested.

Hereof fail not, as failure to obey a subpoena may be deemed contempt.

Dated at Worcester the 21st day of December, 2005.

Notary Public
My Commission Expires: 4/23/20

{H:\PA\Lit\16310\00069\A0868434.DOC}

Worcester, SS.                                          December 22, 2005

I this day summonsed the within named, Keeper of Records, Health New England, Inc., to appear and give evidence at court as within directed, by giving in hand to Jody Fiore, Clerk, a true and attested copy of this subpoena together with $7.00*** fees for attendance and travel. To wit: One Monarch Place, Suite 1500, in said Springfield, Massachusetts.

Time of service: 2:17 P.M.

| | |
|---|---|
| Service: | $10.00 |
| Travel: | $45.00 |
| Witness Fee: | $ 7.00*** |
| Copy: | $ 1.00 |
| Total: | $63.00*** |

Robert Del Pozzo, Constable

# EXHIBIT C



HEALTH NEW ENGLAND

December 22, 2005

Ms. Kristina H. Allaire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

RE: Carl A. Augsberger, Plaintiff Civil Action No. 05CV30047-MAP

Dear Ms. Allaire,

This will confirm receipt of the subpoena to Health New England, Inc. ("HNE") which we received regarding our member, Carl A. Augsberger.

As you may know, the federal law known as HIPAA (the Health Insurance Portability and Accountability Act) requires health plans such as Health New England, Inc. ("HNE") to secure the confidentiality of its members' protected health information ("PHI"). HIPAA has strict rules regarding the disclosure of a member's PHI. Therefore, HNE will only provide information about our members if:

1. Our member provides us with a signed authorization form allowing us to disclose the information; or

2. We are ordered by a court to provide the information.

Enclosed is a copy of HNE's standard authorization form, when endorsed by our member it allows HNE to disclose information to a third party. An original has been mailed to Mr. Augsberger and a copy to his attorney on record, Thomas A. Kenefick, III, Esq. On receipt of the signed authorization I will forward a copy of Mr. Augsberger's designated record set to your attention.

Should you have any questions, please feel free to contact me at (413) 787-4000 extension 3357 or Attorney Renée Wroth at extension 3356.

Yours truly,

Judy Fiore
Administrative Assistant/Legal Dept.

Enclosures

# HEALTH NEW ENGLAND, INC.
## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION TO THIRD PARTIES

*By my signature below, I hereby authorize Health New England, Inc. ("HNE") to disclose my Protected Health Information ("PHI") to the Recipient named below in accordance with the terms of this Authorization.*

### A. MEMBER INFORMATION

Your Name: **Augsberger    Carl    A**
Last / First / Middle

Home Address: **82 Maple St    W. Springfield, MA 01089**

Home Telephone: **413 739 1268**    Date of Birth: **05/25/53**

HNE Member ID Number: **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-00**

### B. RECIPIENT

I authorize the individual or company identified below to receive my PHI from HNE:

(2) Thomas A. Kendrick, Esquire

Name: (1) **Mirick, O'Connell, DeMallie & Lougee LLC**    **73 Chestnut St**

Street Address: **100 Front St**    **Spfld MA 01103**

City, State & Zip: **Worcester MA 01608**

Daytime telephone (incl. area code): **508-791-8500**

### C. PHI SUBJECT TO THIS AUTHORIZATION

1. I authorize HNE to disclose the following PHI, subject to any restrictions set forth in item ▓▓▓

   ☐ Enrollment/Eligibility/Billing information only (i.e., name, address, employer group, effective date, etc.)
   ☒ Claims Information (which may include diagnosis, procedures performed, providers seen, information in appeals files and case management records).

2. I authorize HNE to disclose the following types of sensitive information ▓▓▓

   ☒ Records related to mental health treatment.
   ☐ Records related to venereal disease(s).
   ☒ Records related to treatment for substance abuse.
   ☐ Records related to AIDS, ARC or HIV (including the fact that an HIV test was ordered, performed or reported, regardless of whether the results of such tests were positive or negative).

### D. PURPOSE OF THE DISCLOSURE

HNE may disclose my PHI to my Personal Representative for the following purpose(s): **Legal**

### E. TERM

This Authorization will remain in e▓▓▓
☐ From the date shown below until _____ (please insert date).
☒ Until revoked by me in writing.

## IMPORTANT: Your signature below means that you understand and agree to the following:

I understand that once HNE discloses my health information to the Recipient, HNE cannot guarantee that the Recipient will not redisclose my health information to a third party. The third party may not be required to abide by this Authorization or applicable federal and state laws governing the use and disclosure of my PHI.

I understand that I may at any time make a written request to HNE to inspect and/or copy my PHI. I further understand that HNE will, within thirty (30) days of receiving such written request, either grant the request and contact me to arrange for a convenient time to inspect and/or copy my PHI or provide me with a written denial of the request that states the basis for the denial, my review rights (if any), and instructions as to how and to whom I may register a complaint regarding denial.

I understand that I may refuse to sign or may revoke (at any time) this Authorization for any reason and that such refusal or revocation will not affect the commencement, continuation or quality of HNE's treatment of me, enrollment in the health plan, or eligibility for benefits.

I understand that this Authorization will remain in effect until the term of the authorization expires or until I provide a written notice of revocation to the Legal Department at HNE at the address listed below. The revocation will be effective immediately upon HNE's receipt and processing of my written notice, except that the revocation will not have any effect on any action taken by HNE in reliance on my Authorization before it received my written notice of its revocation.

The address of HNE's Legal Department is:                Health New England, Inc.
                                                         One Monarch Place
                                                         Springfield, MA  01144-1500
                                                         Attn:  Legal Department

The phone number of HNE's Legal Department is:           (413) 787-4000

**I HAVE READ AND UNDERSTAND THE TERMS OF THIS AUTHORIZATION. I HAVE HAD AN OPPORTUNITY TO ASK QUESTIONS ABOUT THE USE AND DISCLOSURE OF MY PHI. I HEREBY, KNOWINGLY AND VOLUNTARILY, AUTHORIZE HNE TO USE OR DISCLOSE MY PHI IN THE MANNER DESCRIBED ABOVE.**

If Member is a minor or is otherwise unable to sign this Authorization, please sign and complete below. (NOTE: If relationship is other than parent, please attach appropriate documentation such as copy of court appointment, health care proxy, etc.)

| Signature of authorized Legal Guardian, Health Care Agent or other Personal Representative | Relationship | Date |
|---|---|---|

Authorization Form (Third Party)                    Page 2 of 2
December 2003

# EXHIBIT D

# MIRICK O'CONNELL
## ATTORNEYS AT LAW

MIRICK. O'CONNELL. DEMALLIE & LOUGEE, LLP

December 30, 2005

Mary Patryn, Esq.
Thomas A. Kenefick, III, Esq.
73 Chestnut Street
Springfield, MA 01103

Re: Carl Augsberger v. UnumProvident Corporation
Civil Action No. 05CV30047-MAP

Dear Counsel:

As you know, we served Health New England, Inc. ("HNE") with a subpoena for Mr. Augsberger's claim records. HNE has notified us that in order to release any protected health information they require a signed authorization or a court order. We have enclosed the authorization we received from HNE for Mr. Augsberger's signature. Please have him sign it and return it to me by Friday, January 6, 2006. If I do not receive the signed authorization or hear from you by this date, I will move for a court order.

Please call should you have any questions.

Very truly yours,

Kristina H. Allaire

KHA/jc
Enclosure

cc:   Joseph M. Hamilton

bcc:  Katharine F. Zupan, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\16310\00069\A0870845.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502
www.MirickOConnell.com

BOSTON, MA
617-261-2417 • FAX 617-261-2418