UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br>     Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br>     Defendants | CIVIL ACTION NO. 05CV30047-MAP |

## **WITHDRAWAL OF MOTION FOR ORDER REGARDING HEALTH CLAIM RECORDS**

The defendants hereby withdraw their request that this Court issue an order requiring Health New England, Inc. to produce all health claim records. Plaintiff, Carl Augsberger, has provided the defendants with a signed authorization to obtain these records.

WHEREFORE, the defendants request that their motion for order regarding health claim records be withdrawn.

2

                                                    UNUMPROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY

                                                    By their attorneys,

                                                    /s/ Kristina H. Allaire
                                        Joseph M. Hamilton
                                        BBO #546394
                                        Kristina H. Allaire
                                        BBO #646001
                                        Mirick, O'Connell, DeMallie & Lougee, LLP
                                        100 Front Street
                                        Worcester, MA 01608-1477
                                        Phone: (508) 791-8500
                                        Fax:    (508) 791-8502

Dated: March 9, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2006.

                                                   /s/ Kristina H. Allaire
                                        Kristina H. Allaire