UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
Plaintiff

V.

UNUM PROVIDENT CORP and NEW YORK LIFE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO. 05CV30047-MAP

**DEFENDANTS' MOTION TO COMPEL**

The defendants, UnumProvident Corporation and New York Life Insurance Company move this Court, pursuant to Federal Rule of Civil Procedure 37(a)(2), for an order compelling the plaintiff, Carl Augsberger, to produce documents and completely answer and sign interrogatories in response to defendants request for production of documents and first set of interrogatories served upon Mr. Augsberger on September 14, 2005.

As set forth in greater detail in the accompanying memorandum, Mr. Augsberger's responses to defendants requests for production and interrogatories are incomplete, inaccurate, and inappropriate and therefore must be revised.

UNUMPROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY

By their attorneys,

/s/ Kristina H. Allaire

Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: March 20, 2006

**RULE 7.1 CERTIFICATION**

I hereby certify that after receiving Mr. Augsberger's faxed responses and answers, I Kristina H. Allaire, sent Attorneys Kenefick and Patryn a letter dated December 22, 2005 explaining all of the deficiencies and requesting a revised response or a Rule 7.1 conference by January 2, 2006. To date, neither attorney has responded to this letter. During a conversation with Attorney Kenefick regarding discovery he instructed me to speak with Attorney Patryn. I spoke with Attorney Patryn on March 3, 2006 regarding these issues in an attempt to narrow the issues and we were unable to do so.

/s/ Kristina H. Allaire
Kristina H. Allaire

CERTIFICATE OF SERVICE

I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 20, 2006.

/s/ Kristina H. Allaire
Kristina H. Allaire