UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
     Plaintiff

    V.

UNUM PROVIDENT CORP and
NEW YORK LIFE INSURANCE
COMPANY,
     Defendants

CIVIL ACTION NO. 05CV30047-MAP

## MOTION FOR ORDER REGARDING MEDICAL RECORDS

The defendants request that this Court issue an order requiring Valley Medical Associates ("VMA") to produce any and all medical records and reports; including but not limited to medical, hospital or mental health records and reports, office notes, diagnostic tests, correspondence, x-ray films and x-ray reports, relating to the plaintiff, Carl Augsberger.  In support of this motion, the defendants state as follows:

1.     This is a case in which Mr. Augsberger claims he is entitled to benefits pursuant to a disability policy issued by New York Life Insurance Company.  Mr. Augsberger claims in his complaint to be disabled as a result of an injury he suffered on April 14, 1997.  (Complaint ¶6).

2.     Because Mr. Augsberger claims to be disabled, his medical records are not only relevant but necessary to the defense.

3.     In response to the defendants' First Set of Interrogatories dated September 14, 2005, Mr. Augsberger disclosed that his prescriptions were filled at Brooks Pharmacy, 99 Westfield Street, West Springfield, Massachusetts ("Brooks").

4.      Based on this answer, and in accordance with HIPAA requirements, the defendants gave Mr. Augsberger notice of their intent to take a keeper of records deposition to acquire Brooks' records to determine all prescriptions received by Mr. Augsberger and all the physicians who have prescribed him medication.  The defendants provided Mr. Augsberger seven days to object to the deposition before it served Brooks.  A copy of the letter and notice of deposition is attached hereto as Exhibit A.

5.      Having received no objection, the defendants served a subpoena upon Brooks on December 22, 2005.  A copy of which is attached as Exhibit B.

6.      In response, the defendants received records from Brooks that indicated that two physicians, Dr. Albert J. Cennerazzo and Dr. Lisa J. Glading, who had not been previously disclosed, prescribed medication for Mr. Augsberger.  A copy of the Brooks record indicating prescriptions written by Drs. Cennerazzo and Glading is attached as Exhibit C.

7.      According to the Massachusetts Board of Registration in Medicine, Drs. Albert J. Cennerazzo and Lisa J. Glading are associated with VMA in Springfield, Massachusetts.  A copy of which is attached as Exhibit D.

8.      Defendants contacted VMA to determine what procedure VMA requires to obtain a release of records.  VMA stated that it required a specific authorization signed by Mr. Augsberger or a court order in order to release medical records.  VMA then sent defendants an authorization form to be completed and returned to them.  A copy of that authorization is attached hereto as Exhibit E.

9.      On January 23, 2006, in an effort to avoid unnecessary motions, the defendants forwarded this authorization to Mr. Augsberger and requested that he return it by February 3, 2006.  A copy of that letter is attached hereto as Exhibit F.

10.     On February 15, 2006, Mr. Augsberger wrote to defendants claiming that he has never been to VMA and questioning whether the records received from Brooks were in fact his. A copy of this letter is attached as Exhibit G.

11.     On February 16, 2006, the defendants sent to Mr. Augsberger the Brooks records and explained that the records state that the patient is Carl Augsberger, date of birth May 25, 1953, and also include prescriptions from Dr. Kevin Schmidt who is Mr. Augsberger's treating physician.  Defendants requested that plaintiff contact them if he still believed that these were not his records.  A copy of this letter is attached as Exhibit H.

12.     To date, the defendants have not received any response or the signed authorization from Mr. Augsberger.

WHEREFORE, the defendants request that this Court issue an Order requiring VMA to produce the requested medical records, including mental health records.

UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,


/s/ Kristina H. Allaire
Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 20, 2006


## 7.1 CERTIFICATION

I certify that on March 3, 2006, I spoke with Attorney Mary Patryn in an attempt to

resolve or narrow the issues, but we were unable to do so.

/s/ Kristina H. Allaire
Kristina H. Allaire

## CERTIFICATE OF SERVICE

I hereby certify that this document(s), filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on March 20,
2006.


/s/ Kristina H. Allaire
Kristina H. Allaire

# EXHIBIT A

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

Direct Line (508) 860-1504
khallaire@modl.com

December 13, 2005

Thomas A. Kenefick, III
73 Chestnut Street
Springfield, MA 01103

Re:  Carl Augsberger v. UnumProvident Corporation
Civil Action No. 05CV30047-MAP

Dear Mr. Kenefick:

Enclosed please find Notices of Taking Deposition of the Keeper of Records of Brooks Pharmacy and Health New England, Inc., which are scheduled for January 6, 2006. Given that we have yet to receive Mr. Augsberger's signed authorization for Scottsdale Healthcare Osborn that we sent to you on October 25, 2005, also enclosed please find a Notice of Taking Deposition of the Keeper of Records of Scottsdale Healthcare Osborn for January 20, 2006.

In order to comply with recent HIPAA regulations, if no objection is received within seven days of this notice, the above listed Keeper of Record Deposition Subpoenas will be served.

Please note that these depositions are intended to obtain RECORDS ONLY and NO TESTIMONY is anticipated.

Should you wish copies of the responsive record production, please let me know and copies will be provided with an invoice for copying charges. Please feel free to contact me with any questions.

Very truly yours,

Kristina H. Allaire

DPK/rlm
Enclosures
cc:    Joseph M. Hamilton, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\163\16000069\A0865909.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
    Plaintiff

V.

UNUM PROVIDENT CORP and
NEW YORK LIFE INSURANCE
COMPANY,
    Defendants

CIVIL ACTION NO. 05CV30047-MAP

TO:    Thomas A. Kenefick, III
        73 Chestnut Street
        Springfield, MA 01103

## NOTICE OF DEPOSITION OF THE KEEPER OF
## RECORDS OF BROOKS PHARMACY

Please take notice that, at 11:00 a.m. on Thursday, January 6, 2006, at the offices of

Joseph M. Hamilton, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street,

Worcester, Massachusetts 01608-1477, the defendant in this action, by its attorney, will take the

deposition upon oral examination of the Keeper of Records of Brooks Pharmacy, 99 Westfield

Street, West Springfield, MA 01089, pursuant to the applicable provisions of the Federal Rules

of Civil Procedure, before a duly authorized Notary Public, or before some other officer

authorized by law to administer oaths.  The oral examination will continue from day to day until

completed.

The deponent is requested to bring the following at the time of said deposition:

Any and all prescription records, including but not limited to prescription scripts, bills, computer printouts and correspondence regarding Carl Augsberger, date of birth 05/25/53; Social Security No. 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.

You are invited to attend and cross-examine.

UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,

Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 12/13/05

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire , hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

Kristina H. Allaire

Dated: 12/13/05

{H:\PA\Lit\16310\00069\A0865798.DOC}

**EXHIBIT B**

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV30047MAP

TO:  Keeper of Records
Brooks Pharmacy
99 Westfield Street
West Springfield, MA 01089

YOU ARE HEREBY COMMANDED, in the name of the United States District Court and in accordance with the provisions of Rules 30 and 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public or other officer authorized by law to administer oaths at the offices of Mirick, O'Connell, DeMallie & Lougee, 100 Front Street in said Worcester, Massachusetts, in the County of Worcester on January 6, 2006 at 11:00 a.m. to testify at the taking of your deposition in the action of:

## CARL AUGSBERGER

### V.

## UNUM PROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY

Please see Attorney Joseph M. Hamilton for the defendants at this deposition.

You are further required to bring with you the following:

Any and all prescription records, including but not limited to prescription scripts, bills, computer printouts and correspondence regarding Carl Augsberger, date of birth 05/25/53; Social Security No. 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.

Hereof fail not, as failure to obey a subpoena may be deemed contempt.

Dated at Worcester the 21st day of December, 2005.

_____
Notary Public
My Commission Expires: _____

Worcester, SS.                                    December 22, 2005

I this day summonsed the within named, Keeper of Records, Brooks Pharmacy, to appear and give evidence at court as within directed, by giving in hand to Steve Smist, Manager, a true and attested copy of this subpoena together with $7.00*** fees for attendance and travel. To wit:  99 Westfield Street, in said West Springfield, Massachusetts.

Time of service:  2:04 P.M.

| Service: | $10.00 |
| Travel: | $55.00 |
| Witness Fee: | $ 7.00*** |
| Copy: | $ 1.00 |
| | |
| Total: | $73.00*** |

Robert Del Pozzo, Constable

# EXHIBIT C

Refilled in any RxCare Pharmacies

```
BROOKS MAXI DRUG #0029                                            Page:    6
50 SERVICE ROAD                                                  Date: 12/28/2005
WARWICK, RI 02886
(401) 825-3900
```

```
Name: AUGSBERGER CARL                                  DOB: 05/25/1953
Addr: 82 MAPLE ST                                      SEX: Male
      W SPRINGFIEL MA 01089                            PHONE: (413) 739-1268
```

| Rx # | Ref | Date of Service | Store | N.D.C. | Drug Name | | 1st Cvg | 2nd Cvg | Qty | Patient Cost |
|------|-----|-----------------|-------|--------|-----------|-|---------|---------|-----|--------------|
| 0755865 | 1 | 12/27/2003 | 0080 | 00093-0311-01 | LOPERAMIDE | CAP 2MG | HNE | | 120 | 10.00 |
| 0755865 | | 01/27/2003 | 0080 | 00093-0311-01 | LOPERAMIDE | CAP 2MG | HNE | | 120 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:01/27/2003 | | | | Written By:SCHMIDT, KEVIN E | | | | | | 20.00 |
| | | | | | | | | | | |
| 0766925 | | 04/30/2003 | 0080 | 62037-0794-44 | ALBUTEROL | AER 90MCG | HNE | | 17 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:04/30/2003 | | | | Written By:CENNERAZZO, ALBERT J | | | | | | 10.00 |
| | | | | | | | | | | |
| 0768106 | 4 | 09/24/2003 | 0080 | 62175-0118-32 | OMEPRAZOLE | CAP 20MG | HNE | | 30 | 10.00 |
| 0768106 | 3 | 08/28/2003 | 0080 | 62175-0118-32 | OMEPRAZOLE | CAP 20MG | HNE | | 30 | 10.00 |
| 0768106 | 2 | 07/25/2003 | 0080 | 62175-0118-32 | OMEPRAZOLE | CAP 20MG | HNE | | 30 | 10.00 |
| 0768106 | 1 | 06/23/2003 | 0080 | 62175-0118-32 | OMEPRAZOLE | CAP 20MG | HNE | | 30 | 10.00 |
| 0768106 | | 05/12/2003 | 0080 | 62175-0118-32 | OMEPRAZOLE | CAP 20MG | HNE | | 30 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:05/12/2003 | | | | Written By:SCHMIDT, KEVIN E | | | | | | 50.00 |
| | | | | | | | | | | |
| 0775603 | 5 | 03/18/2004 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| 0775603 | 4 | 02/08/2004 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| 0775603 | 3 | 12/09/2003 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| 0775603 | 2 | 10/07/2003 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| 0775603 | 1 | 08/19/2003 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| 0775603 | | 07/17/2003 | 0080 | 00591-0658-01 | BUSPIRONE | TAB 10MG | HNE | | 90 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:07/17/2003 | | | | Written By:SCHMIDT, KEVIN E | | | | | | 60.00 |
| | | | | | | | | | | |
| 0778844 | | 08/18/2003 | 0080 | 00054-4650-25 | ROXICET | TAB 5-325MG | HNE | | 24 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:08/18/2003 | | | | Written By:CENNERAZZO, ALBERT J | | | | | | 10.00 |
| | | | | | | | | | | |
| 0779036 | 5 | 08/03/2004 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| 0779036 | 4 | 06/27/2004 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| 0779036 | 3 | 04/22/2004 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| 0779036 | 2 | 03/18/2004 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| 0779036 | 1 | 02/08/2004 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| 0779036 | | 08/19/2003 | 0080 | 61570-0120-01 | ALTACE | CAP 10MG | HNE | | 30 | 35.00 |
| | | | | | | | | | | =========== |
| Date Written:08/19/2003 | | | | Written By:SCHMIDT, KEVIN E | | | | | | 210.00 |
| | | | | | | | | | | |
| 0780817 | | 09/04/2003 | 0080 | 00054-4650-25 | ROXICET | TAB 5-325MG | HNE | | 40 | 10.00 |
| | | | | | | | | | | =========== |
| Date Written:09/04/2003 | | | | Written By:GLADING, LISA A | | | | | | 10.00 |

# EXHIBIT D



· online services · agencies · elected officials · help

Back | Home | How to Read a Profile

# Massachusetts
# Board of Registration in Medicine
# Physician Profile



| LISE ANN GLADING-DILORENZO MD |
| --- |

## I.     Physician Information

(The information in sections I - V has been provided by the physician.)

|  |  |
| ---: | --- |
| **License Status:** | **Active** |
| **License Issue Date:** | 04/26/1995 |
| **Accepting New Patients:** | Yes |
| **Accepts Medicaid:** | Yes |
| **Primary Work Setting:** | Private Office |
| **Business Address:** | Valley Medical Associate<br>3550 Main Street<br>SPRINGFIELD, MA    01107 |
| **Phone:** | (413) 739-0669 |
| **Translation Services Available:** | Trans. Service |
| **Insurance Plans Accepted:** | Blue Cross Blue Shield<br>Community Health Plan<br>Health New England, Inc.<br>KAISER<br>MASSHEALTH<br>North American<br>Numerous Plans Accepted<br>Unicare |
| **Hospital Affiliations:** | Mercy Medical Center<br>Baystate Medical Center |

## II.     Education & Training

|  |  |
| ---: | --- |
| **Medical School:** | Albany Medical College of Union University |
| **Graduation Date:** | 1992 |
| **Post Graduate Training:** | 7/1/1992-6/30/1996 - BAYSTATE MEDICAL CENTER -<br>RESIDENT:INT MED/PEDIATRICS |

## III.     Specialty

|  |  |
| ---: | --- |
| **Area of Specialty:** | Internal Medicine<br>Pediatrics |
| **ABMS Board Certification:** | Internal Medicine |

Pediatrics

IV.        **Honors and Awards**

           HONOR SOCIETY-ALBANY MEDICAL COLLEGE.

V.         **Professional Publications**

           This physician has reported no publications.

VI.        **Malpractice Information**

           Some studies have shown that there is no significant correlation between malpractice
           history and a doctor's competence. At the same time, the Board believes that consumers
           should have access to malpractice information. In these profiles, the Board has given you
           information about both the malpractice history of the physician's specialty and the
           physician's history of payments. The Board has placed payment amounts into three
           statistical categories: below average, average, and above average. To make the best
           health care decisions, you should view this information in perspective. You could miss an
           opportunity for high quality care by selecting a doctor based solely on malpractice history.
           When considering malpractice data, please keep in mind:

           - Malpractice histories tend to vary by specialty. Some specialties are more likely
             than others to be the subject of litigation. This report compares doctors only to the
             members of their specialty, not to all doctors, in order to make individual doctor's
             history more meaningful.
           - This report reflects data for the last 10 years of a doctor's practice. For doctors
             practicing less than 10 years, the data covers their total years of practice. You
             should take into account how long the doctor has been in practice when considering
             malpractice averages.
           - The incident causing the malpractice claim may have happened years before a
             payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to
             move through the legal system.
           - Some doctors work primarily with high risk patients. These doctors may have
             malpractice histories that are higher than average because they specialize in cases
             or patients who are at very high risk for problems.
           - Settlement of a claim may occur for a variety of reasons which do not necessarily
             reflect negatively on the professional competence or conduct of the physician. A
             payment in settlement of a medical malpractice action or claim should not be
             construed as creating a presumption that medical malpractice has occurred.

           You may wish to discuss information provided in this report, and malpractice generally,
           with your doctor. The Board can refer you to other articles on this subject.

**Dr. GLADING-DILORENZO has not made a payment on a malpractice claim in Massachusetts in the last ten years.**

---

VII.      **Disciplinary and/or Criminal Actions**

A.   Criminal Convictions, Pleas and Admissions:
The information in this section may not be comprehensive. The courts are now required by law to supply this information to the Board.

**Dr. GLADING-DILORENZO has had no criminal convictions in the past ten years.**

B.   Hospital Discipline:
This section contains several categories of disciplinary actions taken by Massachusetts hospitals during the past ten years which are specifically required by law to be released in the physician's profile.

**Dr. GLADING-DILORENZO has no record of hospital discipline in the past ten years.**

C.   Board Discipline:
This section includes final disciplinary actions taken by the Massachusetts Board of Registration in Medicine during the past ten years.

**Dr. GLADING-DILORENZO has not been disciplined by the Board in the past ten years.**

---

Additional information about a physician, including
closed complaints, may be available by calling the
Massachusetts Board of Registration in Medicine
Phone 617-654-9830
Toll Free Number (Massachusetts only) 1-800-377-0550

Return to
Physician Profile Search
Direct questions and comments about these results to
Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Boston MA 02118
Phone 617-654-9800
For direct response please use Email

Please read the Board of Registration in Medicine Disclaimer

 ©2003 Commonwealth of Massachusetts      privacy policy    site map



· online services · agencies · elected officials · help

Back | Home | How to Read a Profile



# Massachusetts
# Board of Registration in Medicine
# Physician Profile

## ALBERT J CENNERAZZO MD

I.       **Physician Information**

(The information in sections I - V has been provided by the physician.)

|  |  |
|---|---|
| **License Status:** | **Active** |
| **License Issue Date:** | 07/26/1995 |
| **Accepting New Patients:** | No |
| **Accepts Medicaid:** | Yes |
| **Primary Work Setting:** | Partnership or Group Practice |
| **Business Address:** | Valley Med. Assoc., PC<br>3550 Main St., Ste 101<br>SPRINGFIELD, MA   01107 |
| **Phone:** | (413) 739-0669 |
| **Translation Services Available:** | Spanish |
| **Insurance Plans Accepted:** | None Reported |
| **Hospital Affiliations:** | Mercy Medical Center<br>Baystate Medical Center |

II.      **Education & Training**

|  |  |
|---|---|
| **Medical School:** | University of Massachusetts Medical School |
| **Graduation Date:** | 1992 |
| **Post Graduate Training:** | 7/1/1992-6/30/1996 - BAYSTATE MEDICAL CENTER  -<br>INTERN/RESIDENT |

III.     **Specialty**

|  |  |
|---|---|
| **Area of Specialty:** | Internal Medicine<br>Pediatrics |
| **ABMS Board Certification:** | Internal Medicine<br>Pediatrics |

IV.      **Honors and Awards**

This physician has reported no awards.

V.      **Professional Publications**

>   This physician has reported no publications.

VI.      **Malpractice Information**

Some studies have shown that there is no significant correlation between malpractice history and a doctor's competence. At the same time, the Board believes that consumers should have access to malpractice information. In these profiles, the Board has given you information about both the malpractice history of the physician's specialty and the physician's history of payments. The Board has placed payment amounts into three statistical categories: below average, average, and above average. To make the best health care decisions, you should view this information in perspective. You could miss an opportunity for high quality care by selecting a doctor based solely on malpractice history. When considering malpractice data, please keep in mind:

- Malpractice histories tend to vary by specialty. Some specialties are more likely than others to be the subject of litigation. This report compares doctors only to the members of their specialty, not to all doctors, in order to make individual doctor's history more meaningful.
- This report reflects data for the last 10 years of a doctor's practice. For doctors practicing less than 10 years, the data covers their total years of practice. You should take into account how long the doctor has been in practice when considering malpractice averages.
- The incident causing the malpractice claim may have happened years before a payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to move through the legal system.
- Some doctors work primarily with high risk patients. These doctors may have malpractice histories that are higher than average because they specialize in cases or patients who are at very high risk for problems.
- Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the physician. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.

You may wish to discuss information provided in this report, and malpractice generally, with your doctor. The Board can refer you to other articles on this subject.

**Dr. CENNERAZZO has not made a payment on a malpractice claim in Massachusetts in the last ten years.**

VII.      **Disciplinary and/or Criminal Actions**

A.  Criminal Convictions, Pleas and Admissions:
    The information in this section may not be comprehensive. The courts are now
    required by law to supply this information to the Board.

    **Dr. CENNERAZZO has had no criminal convictions in the past ten years.**

B.  Hospital Discipline:
    This section contains several categories of disciplinary actions taken by
    Massachusetts hospitals during the past ten years which are specifically required by
    law to be released in the physician's profile.

    **Dr. CENNERAZZO has no record of hospital discipline in the past ten years.**

C.  Board Discipline:
    This section includes final disciplinary actions taken by the Massachusetts Board of
    Registration in Medicine during the past ten years.

    **Dr. CENNERAZZO has not been disciplined by the Board in the past ten years.**

---

Additional information about a physician, including
closed complaints, may be available by calling the
Massachusetts Board of Registration in Medicine
Phone 617-654-9830
Toll Free Number (Massachusetts only) 1-800-377-0550

Return to
Physician Profile Search
Direct questions and comments about these results to
Massachusetts Board of Registration in Medicine
560 Harrison Avenue, Boston MA 02118
Phone 617-654-9800
For direct response please use Email

Please read the Board of Registration in Medicine Disclaimer

 ©2003 Commonwealth of Massachusetts                                        privacy policy        site map

# EXHIBIT E

3550 Main Street, Suite 101
Springfield, MA 01107
Tel (413) 739-0669
Fax (413) 739-0621

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: Carl Augsberger          Date of Birth: 5/25/53

Social Security #: 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          Phone #: _____

**Release of Information from this office:**
I authorize Valley Medical Associates
to release my health information:

**Release of Information to this office:**
I authorize the following individual
or organization to disclose my health
information to Valley Medical:

Recipient: Joseph M. Hamilton          Physician/Hospital: _____

Address: 100 Front Street              Address: _____
Worcester, MA 01608                    _____

**What to release:** This authorization permits Valley Medical Associates to use/disclose the
following health information about me (specifically describe the information to be used or
disclosed, such as date(s) of services, level of detail to be released, origin of information,
etc.). Medical records and reports, including but not limited to, medical and/or hospital records and reports, office notes,
mental health records, counseling/therapy records, psychiatric records, pharmaceutical records, diagnostic tests,
correspondence, x-ray films and x-ray reports. _____

**Purpose of request:**  Patient __ Legal XX Personal __ Other: _____
(Please select one)

**Release of Privileged Information:** If your medical record contains any of the following
types of information pertaining to testing, treatment or diagnosis, it will not be released
unless you affix your initials next to each type of information we may disclose:

X _____ Mental Health ___ ___ Alcohol and/or drug abuse _____ Sexually transmitted disease
_____ HIV/AIDS *see below _____ Attendance/participation in psychiatric or substance
abuse program.

**Release of HIV/AIDS Information:**
I hereby authorize release of my health information pertaining to HIV and/or AIDS related
testing, diagnosis and/or treatment.

X Signature: _____          Date: _____

## SEE OTHER SIDE

**Individual Rights:** I understand the following:

- I need not sign this form to ensure health care treatment.
- I have the right to revoke this authorization at any time.
- If I revoke this authorization I must do so in writing to the attention of the Office Manager, Valley Medical Associates.
- My right to revoke does not apply to information that has already been released on the basis of the authorization.
- The information released on the basis of this authorization may be subject to redisclosure by the recipient. I hereby release Valley Medical Associates from all legal liability that may arise from the redisclosure of the above information by the recipient.
- There may be a charge for providing copies of medical records.

**Expiration Date:** This authorization will expire in 180 days unless revoked or otherwise specified to be the following date, event, or condition.

_____

Patient's Name (Please print): _____

Signature: _____

If not signed by patient, specify relationship:
(Please select one) ___ Parent ___ Next of Kin ___ Legal Guardian/Designee

Witness: _____ Date: _____

# EXHIBIT F

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK O'CONNELL, DEMALLIE & LOUGEE, LLP

January 23, 2006

Mary Patryn, Esq.
Thomas A. Kenefick, III, Esq.
73 Chestnut Street
Springfield, MA 01103

      Re:  Carl Augsberger v. UnumProvident Corporation
           Civil Action No. 05CV30047-MAP

Dear Counsel:

      In reviewing the records from Brooks Pharmacy, it appears that Mr. Augsberger was seen by two physicians from Valley Medical Associates in Springfield, Massachusetts. Valley Medical Associates has notified us that in order to release any protected health information they require a signed authorization or a court order. We have enclosed the authorization we received from Valley Medical Associates for Mr. Augsberger's signature. Please have him sign it on pages one and two at the "x" and initial on page one to include the release of records regarding mental health, alcohol/drug abuse, and attendance/participation in psychiatric or substances abuse program. Please note that Mr. Augsberger's signature on page two must be witnessed by a third party. Please return this completed authorization to me by Friday, February 3, 2006. If I do not receive the signed authorization or hear from you by this date, I will move for a court order.

      Please call should you have any questions.

               Very truly yours,

               Kristina H. Allaire

KHA/jc
Enclosure

cc:    Joseph M. Hamilton

bcc:   Katharine F. Zupan, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

{H:\PA\Lit\163\10\00069\A0878084.DOC}

www.MirickOConnell.com

# EXHIBIT G

**THOMAS A. KENEFICK, III, P.C.**
ATTORNEY AT LAW
73 CHESTNUT STREET
SPRINGFIELD, MA 01103
E-MAIL: tak3@att.net
TELEPHONE (413) 734-7000 • FAX (413) 731-1302

JOYCE L. KORONA
Paralegal
ELAINE M. O'DONNELL
Paralegal

MARY H. PATRYN, *ESQ.*
Of Counsel

February 15, 2006

Kristina H. Allaire, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608

RE:   Carl Augsberger v. UnumProvident Corporation
        C.A. No. 05CV 30047-MAP

Dear Ms. Allaire:

     Please be advised that in reply to yours of January 23, 2006, that my client has never been a patient at Valley Medical Associates and that the records from Brooks Pharmacy are those of his son, Carl Augsberger. You are therefore advised that those records which you obtained from Brooks may be in violation of Carl Augsberger, Jr.'s right to privacy for which liability may arise. I am obviously at this point contacting Brooks Pharmacy to advise them of this situation.

     Should you have any questions regarding the foregoing, please feel free to contact me.

                                        Sincerely,

                                        Thomas A. Kenefick, III

TAK:eod
cc: C. Augsberger

# EXHIBIT H

# MIRICK O'CONNELL

### ATTORNEYS AT LAW

MIRICK O'CONNELL, DEMALLIE & LOUGEE, LLP

February 16, 2006

Thomas A. Kenefick, III, Esq.
73 Chestnut Street
Springfield, MA 01103

     Re: Carl Augsberger v. UnumProvident Corporation
          Civil Action No. 05CV30047-MAP

Dear Tom:

     I received your letter dated February 15, 2006, to Kristina Allaire. As to the Brooks Pharmacy Records, I enclose a copy of what was produced pursuant to the subpoena. The date of birth states May 25, 1953 which is, as I understand it, your client's date of birth. I also note that most of the prescriptions were written by Dr. Kevin Schmidt, who I understand is or has been a treating physician for your client. Therefore, I am confused by the statement in your letter that the records from Brooks Pharmacy are those of your client's son. If, after having reviewed the enclosed records, you still believe that to be the case, please call me so we can discuss further.

     In addition, while your letter is not clear at this point, to the extent that you contend that my clients in any way violated Carl Augsberger, Jr.'s right to privacy, I fail to see the basis for that allegation. Indeed, these records were obtained through a subpoena which was first sent to you, and which you did not oppose.

     Finally, with respect to Valley Medical Associates, the enclosed pharmaceutical records include prescriptions written by Dr. Albert Cennerazzo and Dr. Lisa A. Glading-Dilorenzo, both of whom practice at Valley Medical Associates in Springfield. Would you kindly verify with your client as to whether he has ever been treated by or received prescriptions from either of these physicians, and if so, at what facility? I look forward to hearing from you.

     Very truly yours,

     Joseph M. Hamilton

JMH/kjg
Enclosure

cc:   Kristina H. Allaire, Esq. (w/o encl.)



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com