UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER.,
     Plaintiff

V.

UNUM PROVIDENT CORP and
NEW YORK LIFE INSURANCE
COMPANY,
     Defendants

CIVIL ACTION NO. 05CV30047-MAP

## DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF WORKER'S COMPENSATION RECORDS PURSUANT TO FED. R. CIV. P. 45

Pursuant to Federal Rule of Civil Procedure 45, the defendant, New York Life Insurance Company ("New York Life"), moves this Court to compel Attorney David M. O'Connor, O'Connor & Associates, formally O'Connor & Grace (collectively "O'Connor"), to produce documents pursuant to New York Life's Rule 45 Subpoena dated December 12, 2005. (A copy of this subpoena is attached as Exhibit A). In support of this motion, New York Life states as follows:

1.     In this action, the plaintiff, Carl Augsberger, seeks to recover benefits pursuant to a disability policy issued by the defendant, New York Life.

2.     As set forth in his application for disability benefits, Mr. Augsberger claims to be disabled beginning in April 1997 as a result of panic disorder, depression, and adjustment disorder with mild anxiety and depressed mood. He claims to have "snapped" in April 1997 going to an appointment in Boston for his employer.

3.      At the time of his alleged disability he was employed at Penske Truck Leasing Co. Inc. as an executive accounts manager.  In response to questions on the claim form, Mr. Augsberger stated that benefits were also payable under a worker's compensation policy with Old Republic Insurance.

4.      In the course of Mr. Augsberger's disability claim, New York Life learned that Mr. Augsberger submitted a worker's compensation claim that was denied and resulted in litigation.  (See Exhibit B).

5.      The denial of payment from the Department of Industrial Accidents submitted to New York Life indicated that the worker's compensation insurer was represented by O'Connor.

6.      In its Request for Production of Documents, New York Life requested a copy of this file from Mr. Augsberger.  He has not produced it.

7.      On November 30, 2005, New York Life gave Mr. Augsberger notice of its intent to take a keeper of records deposition of O'Connor.  New York Life also gave Mr. Augsberger notice of its intent to request that O'Connor produce:

> All non-privileged documents regarding the worker's compensation claim of Carl Augsberger (D.I.A. Board No. 2100797), including but not limited to medical records, medical reports, correspondence, and filings with the Department of Industrial Accidents.

> All non-privileged documents regarding Carl A. Augsburger, et al. v. Penske Truck Leasing Co., L.P., Civil Action No. 99-00012, filed in the Superior Court of Hampden County, including but not limited to any and all court filings, deposition transcripts, exhibits, and medical records related to that case.

(A copy of the letter and Notice of Deposition are attached hereto as Exhibit C.)  New York Life gave Mr. Augsberger seven days to notify it of any objection.

8.      Having received no objection, New York Life served O'Connor with a subpoena on December 12, 2005 requesting that it appear for a keeper of records deposition and produce the requested records on December 21, 2005. (See Exhibit A).  New York Life gave O'Connor

the option of producing the records in lieu of personal attendance.  (A copy of this letter is attached as Exhibit D).

9.      On December 16, 2005, O'Connor wrote to New York Life and requested additional time to comply with the subpoena.  (A copy of this letter is attached as Exhibit E.

10.      On December 19, 2005, New York Life granted this request and asked O'Connor to contact counsel for New York Life to discuss an acceptable time frame.  (A copy of this letter is attached as Exhibit F.)  O'Connor did not respond.

11.      On January 27, 2006, New York Life again wrote to O'Connor and requested that he contact New York Life to resolve any issues with respect to the subpoena.  (A copy of this letter is attached as Exhibit G.)

12.      O'Connor responded with a telephone message indicating that the documents had been assembled.  New York Life attempted on two more occasions to contact O'Connor via telephone to arrange for the inspection and copying of these records and received no response.

13.      On March 1, 2006, New York Life sent another letter to O'Connor again requesting to make arrangements for inspection and copying of these records.  (A copy of this letter is attached as Exhibit H.)  To date, O'Connor has not responded.

14.      Mr. Augsberger's worker's compensation records are relevant as they will contain medical information and details surrounding Mr. Augsberger's alleged disability.  The documents may also contain evidence which led the Department of Industrial Accidents to conclude that Mr. Augsberger was not entitled to worker's compensation benefits.  This information may lead to the discovery of admissible evidence in this case since the central issue here is also the validity of Mr. Augsberger's disability claim.

15.     In addition, neither Mr. Augsberger nor O'Connor has objected to New York Life's request for these records.  The time to file any objection has long expired.  New York Life is therefore entitled to inspect and copy records responsive to its subpoena.

WHEREFORE, New York Life requests that this Court issue an order compelling O'Connor & Associates (O'Connor & Grace) to produce, or permit inspection and copying of documents responsive to New York Life's December 12, 2005 subpoena within 10 days of the granting of this motion.

UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,


/s/ Kristina H. Allaire
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 31, 2006

## 7.1 CERTIFICATION

I certify that on several occasions as set forth in the foregoing motion we have attempted to contact David M. O'Connor in an attempt to resolve or narrow the issues, but we were unable to do so.

_____/s/ Kristina H. Allaire_____
Kristina H. Allaire

## CERTIFICATE OF SERVICE

I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, including David M. O'Connor, O'Connor & Associates, LLC, 100 State Street, 4th Floor, Boston, MA 02109-2306 via first class mail on March 31, 2006.


/s/ Kristina H. Allaire
Kristina H. Allaire

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV30047MAP

TO: Keeper of Records
O'Connor & Grace
Attorneys at Law
100 State Street
Boston, MA 02109

YOU ARE HEREBY COMMANDED, in the name of the United States District Court and in accordance with the providsions of Rules 30 and 45 of the Federal Rules of Civil Procedure to appear and testify before a Notary Public or other officer authorized by law to administer oaths at the offices of Mirick, O'Connell, DeMallie & Lougee, 100 Front Street in said Worcester, Massachusetts, in the County of Worcester on December 21, 2005 at 10:00 a.m. to testify at the taking of your deposition in the action of:

**CARL AUGSBERGER**

**V.**

**UNUM PROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE COMPANY**

Please see Attorney Joseph M. Hamilton for the defendants at this deposition.

You are further required to bring with you the following:

1. All non-privileged documents regarding the worker's compensation claim of Carl Augsberger (D.I.A. Board No. 2100797), including but not limited to medical records, medical reports, correspondence, and filings with the Department of Industrial Accidents.

2. All non-privileged documents regarding Carl A. Augsburger, et al. v. Penske Truck Leasing Co., L.P., Civil Action No. 99-00012, filed in the Superior Court of Hampden County, including but not limited to any and all court filings, deposition transcripts, exhibits, and medical records related to that case.

Hereof fail not, as failure to obey a subpoena may be deemed contempt.

Dated at Worcester the _12th_ day of _December_ 2005.

_Karen Jr gueaette_
Notary Public
My Commission Expires: _2/6/09_

Worcester, SS.                                    December 12, 2005

I this day summonsed the within named, Keeper of Records, O'Connor & Grace, Attorneys at Law, to appear and give evidence at court as within directed, by giving in hand to Lori Medovitch, Attorney, a true and attested copy of this subpoena together with $7.00*** fees for attendance and travel. To wit: 100 State Street, in said Boston, Massachusetts.

Time of service: 12:45 P.M.

Service:        $10.00
Travel:         $55.00
Witness Fee:    $ 7.00***
Copy:           $ 1.00

Total:          $73.00***

James Burke, Constable

# EXHIBIT B



*The Commonwealth of Massachusetts*

*Department of Industrial Accidents*

*436 Dwight Street – Room #105*

*Springfield, MA 01103*

James J. Campbell
Commissioner

THOMAS A KENEFICK ESQ
73 CHESTNUT STREET
SPRINGFIELD MA 01103

|  |  |
|---|---|
| **Employee:** | CARL AUGSBERGER |
| **Employer:** | PENSKE TRUCK LEASING |
| **Insurer :** | OLD REPUBLIC INSURANCE |
| **D.I.A. #:** | 2100797 |

### DENIAL OF PAYMENT

This claim for compensation came before me for conference under
the provisions of M.G.L. c.152, §10A, on November 20, 1997 at
SPRINGFIELD, Massachusetts.  The claimant was represented by
**THOMAS A. KENEFICK, ESQUIRE** and the insurer was represented by
**DAVID M. O'CONNOR, ESQUIRE.**

Based on information available at the time of the conference, I
deny the claim for compensation.

**The employee has thirty (30) days from the appeal date to set
forth an outline detailing each and every incident which gives
rise to this claim.  The insurer has two (2) weeks to provide a
factual response to the allegations.**

Any party aggrieved by this Denial shall have fourteen days from
the filing date of such Denial within which to file an appeal for
a hearing pursuant to M.G.L. c.152, §11.  Such appeal shall be
filed with Department 121, Department of Industrial Accidents,
600 Washington Street, Boston, MA 02111.



FILED NOV 2 1 1997 DEPT OF INDUSTRIAL ACCIDENTS

BRIDGET M. MURPHY
Administrative Judge
Department of Industrial Accidents

BMM/jm

THOMAS A KENEFICK ESQ, 73 CHESTNUT STREET, SPRINGFIELD MA 01103
DAVID M OCONNOR ESQ, OCONNOR AND GRACE, 126 STATE STREET, SUITE
300, BOSTON MA 02109
OLD REPUBLIC INSURANCE, C/O NATHAN SALLOP INS AGENCY, 31 MILK ST-
SUITE 610, BOSTON MA 02109

NYLCL00314

# EXHIBIT C

# MIRICK O'CONNELL
### ATTORNEYS AT LAW

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

November 30, 2005

Thomas A. Kenefick, III
73 Chestnut Street
Springfield, MA 01103

      Re:  Carl Augsberger v. UnumProvident Corporation
           Civil Action No. 05CV30047-MAP

Dear Mr. Kenefick:

      Enclosed please find a Notice of Taking Deposition of the Keeper of Records of O'Connor & Grace, which is scheduled for December 21, 2005:

      In order to comply with recent HIPAA regulations, if no objection is received within seven days of this notice, the above listed Keeper of Record Deposition Subpoena will be served.

      Please note that this deposition is intended to obtain RECORDS ONLY and NO TESTIMONY is anticipated.

      Should you wish copies of the responsive record production, please let me know and copies will be provided with an invoice for copying charges.  Please feel free to contact me with any questions.

                    Very truly yours,

                    Jessica H. Munyon

JHM/jc
Enclosure



cc:    Joseph M. Hamilton



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502
{H:\PA\Lit\163\0\00009-A0861942.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER.,<br>　　　Plaintiff<br><br>　　　V.<br><br>UNUM PROVIDENT CORP and<br>NEW YORK LIFE INSURANCE<br>COMPANY,<br>　　　Defendants | CIVIL ACTION NO. 05CV30047-MAP |

## NOTICE OF TAKING DEPOSITION OF KEEPER OF RECORDS OF O'CONNOR & GRACE, ATTORNEYS AT LAW

TO:　Thomas A. Kenefick, III
　　　Law Offices of Thomas A. Kenefick, III, P.C.
　　　73 Chestnut Street
　　　Springfield, MA 01103

Please take notice that, at 10:00 a.m. on Wednesday, December 21, 2005, at the offices of

Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, Massachusetts

01608-1477, the defendants in this action will take the deposition upon oral examination of

Keeper of the Records of O'Connor & Grace, Attorneys At Law, pursuant to the applicable

provisions of the Federal Rules of Civil Procedure, before a Notary Public in and for the

Commonwealth of Massachusetts, or before some other officer authorized by law to administer

oaths. The oral examination will continue from day to day until completed.

The deponent is required to produce the following:

1. All non-privileged documents regarding the worker's compensation claim of Carl
Augsberger (D.I.A. Board No. 2100797), including but not limited to medical records,
medical reports, correspondence, and filings with the Department of Industrial Accidents.

2. All non-privileged documents regarding Carl A. Augsburger, et al. v. Penske Truck Leasing Co., L.P., Civil Action No. 99-00012, filed in the Superior Court of Hampden County, including but not limited to any and all court filings, deposition transcripts, exhibits, and medical records related to that case.

You are invited to attend and cross-examine.

UNUMPROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY

By their attorneys,

Joseph M. Hamilton
BBO #546394
Kristina H. Allaire
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 12/8/05

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

Joseph M. Hamilton

Dated: 12/8/05

**EXHIBIT D**

**MIRICK O'CONNELL**

ATTORNEYS AT LAW

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

December 12, 2005

Keeper of Records
O'Conner & Grace, Attorneys At Law
100 State Street
Boston, MA 02109

> Re: Carl Augsberger v. Unum Provident Corporation and New York Life Insurance
> Company
> Civil Action No. 05CV30047-MAP

Dear Sir or Madam:

This office represents the defendants in connection with the above-captioned matter.

Enclosed is a Keeper of Records Subpoena for December 21, 2005 at 10:00 a.m., compelling your appearance at the offices of Mirick O'Connell, 100 Front Street, Worcester, Massachusetts with the production of all non-privileged documents that relate to the worker's compensation and Superior Court claims of Carl Augsberger.

In lieu of a personal appearance on December 21, I would accept photocopies of all documents falling within the scope of the subpoena, together with a signed certification that these are true copies of the records, provided those records are received by December 16, 2005. We reserve the right to conduct a deposition based upon a review of the records.

Very truly yours,



Joseph M. Hamilton

JMH/kjg
Enclosure

**MIRICK O'CONNELL**

WESTBOROUGH, MA
508·898·1501 • FAX 508·898·1502

100 FRONT STREET
WORCESTER, MA 01608·1477
508·791·8500 • FAX 508·791·8502

BOSTON, MA
617·261·2417 • FAX 617·261·2418

{H:\PA\Lit\16310\00069\A0860639.DOC}

www.MirickOConnell.com

# EXHIBIT E

# O'CONNOR & ASSOCIATES, LLC

## ATTORNEYS AT LAW

100 STATE STREET - FOURTH FLOOR
BOSTON, MASSACHUSETTS 02109-2306

TELEPHONE  (617) 723-7201
FACSIMILE    (617) 723-7202
ADMIN@OCONNORANDASSOCIATES.COM

December 16, 2005

Joseph M. Hamilton, Esq.
MIRICK O'CONNELL
100 Front Street
Worcester, MA  01608-1477

**RE:  Augsberger v. Unum Provident Corp. et al.**
**U.S.D.C. (Worcester)**
**Civil Action No. 05CB30047-MAP**

Dear Mr. Hamilton:

This office received on December 12, 2005, what purports to be a subpoena in the above-captioned matter.

Kindly note that there is no organization now existing known as O'Connor & Grace.  In addition, no such organization was ever located at this address.

The materials that you have sought pertain to matters that have been closed and moved off-site, if not destroyed in substantial part, for many years.  Additionally, as of December 14 I will be out of town on a long planned vacation. Accordingly, for these and other reasons, a production pursuant to your request on December 21 is not possible.

At the moment I am not certain whether to what extent the materials you have sought remain available in archive.  Should our office have preserved the entirety of these files, there would likely be thousands of pages of documents.  We do not intend to reproduce them.  You are free to make arrangements to view them here to the extent materials are available.

Additionally, your request would appear to be overbroad given what would seem to be the nature of Mr. Augsberger's claims, and we do not intend to incur expense unnecessarily.

**O'CONNOR & ASSOCIATES, LLC**

      Finally, your subpoena does not identify Mr. Augsberger's counsel.  I would appreciate your doing so as soon as possible so that my file is complete and so that I may forward a copy of this letter to that lawyer.

                      Very truly yours,

                      David M. O'Connor

DMO/mam

# EXHIBIT F

# MIRICK O'CONNELL

### ATTORNEYS AT LAW

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

December 19, 2005

David M. O'Connor, Esq.
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA 02109-2306

      Re:  Carl Augsberger v. UnumProvident Corporation
          Civil Action No. 05CV30047-MAP

Dear Mr. O'Connor:

    Thank you for your letter of December 16, 2005.  I am certainly willing to work with you regarding the timeframe for the production of documents.  I take it from your letter that you are willing to produce your file for inspection and copying.  I certainly do not expect you to incur the cost of reproducing the file.  Please contact me when you return from vacation and we will make arrangements to have the file reviewed at your office.  To the extent that you have any other objections to the subpoena, I am happy to discuss them with you.

    Finally, Mr. Augsberger is represented by the same attorney who I believe you dealt with in connection with his worker's compensation case.  He is Thomas A. Kenefick, III, 73 Chestnut Street, Springfield, MA 01103.

    I look forward to hearing from you when you return from vacation.  Best wishes for the holidays.

                 Very truly yours,

                 Joseph M. Hamilton

JMH/kjg

cc:    Kristina H. Allaire, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\16310\00069\A0867969.DOC}

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

www.MirickOConnell.com

BOSTON, MA
617-261-2417 • FAX 617-261-2418

**EXHIBIT G**

**MIRICK O'CONNELL**

ATTORNEYS AT LAW

MIRICK, O'CONNELL, DeMALLIE & LOUGEE, LLP

January 27, 2006

David M. O'Connor, Esq.
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA 02109-2306

Re: Carl Augsberger v. UnumProvident Corporation
Civil Action No. 05CV30047-MAP

Dear Mr. O'Connor:

As you know, a subpoena was served on you on December 12, 2005 to obtain records regarding the worker's compensation matter involving Carl Augsberger. I received your letter of December 16, 2005 and responded to you on December 19, 2005 offering to work with you to obtain the documents in a manner least disruptive to you. I have not heard from you since that time, and I left a telephone message for you on January 20, 2006. Would you please contact me upon receipt of this letter so we can resolve this issue. I prefer not to resort to having to file a motion with the court, but need to hear from you within the next week. I look forward to speaking with you.

Very truly yours,



Joseph M. Hamilton

JMH/kjg

cc:    Kristina H. Allaire, Esq.

**90 YEARS**
1916-2006
MIRICK O'CONNELL

WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

{H:\PA\Lit\16310\00069\A0879673.DOC}

**www.MirickOConnell.com**

# EXHIBIT H

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK O'CONNELL, DEMALLIE & LOUGEE, LLP

March 1, 2006

## VIA FACSIMILE AND REGULAR MAIL

David M. O'Connor, Esq.
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA 02109-2306

Re: Carl Augsberger v. UnumProvident Corporation
Civil Action No. 05CV30047-MAP

Dear Mr. O'Connor:

You left a message at my office in early February in response to my letter of January 27, 2006. I understood from your message that you had assembled the documents responsive to the subpoena served on you on December 12, 2005 regarding the worker's compensation matter involving Carl Augsberger. I returned your call shortly thereafter, but did not receive a call back from you. I also left a detailed message with your office on February 22, 2006, to which I have received no reply.

My client has been patient in trying to arrange the production of these documents with you. Would you please have someone contact me to arrange obtaining these records? I would be happy to have someone come to your office or reimburse you for the charges for copying these materials and sending them to me. I greatly appreciate it if you would contact me upon receipt of this letter.

Very truly yours,



Joseph M. Hamilton

JMH/kjg

cc:     Kristina H. Allaire, Esq.

90 YEARS
1916-2006
MIRICK O'CONNELL