UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br>     Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br>     Defendants | CIVIL ACTION NO. 05CV30047-MAP |

**<u>ORDER</u>**

Upon consideration of defendants' Motion for Order Regarding Medical Records, it is ordered that the motion is <u>allowed</u> and further ordered that the Valley Medical Associates provide complete, certified records to the defendants of the following:

All medical and/or hospital records and reports, office notes, mental health records, counseling, therapy records, psychiatric records, pharmaceutical records, diagnostic tests, correspondence, x-ray films, and x-ray reports, drug and alcohol abuse records, and any other records relative to the plaintiff, Carl Augsberger, date of birth: ▮▮▮▮▮▮, Social Security Number: ▮▮▮▮▮▮

These records are to be produced, upon payment of a reasonable fee, to Joseph M. Hamilton, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477, within 21 days from this Order.

By the Court

Dated:                                                                                   Justice