UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORP and NEW YORK LIFE INSURANCE COMPANY, Defendants | CIVIL ACTION NO. 05CV30047-MAP |

## ORDER

Upon consideration of defendants' Motion for Order Regarding Medical Records, it is ordered that the motion is <u>allowed</u> and further ordered that the Valley Medical Associates provide complete, certified records to the defendants of the following:

All medical and/or hospital records and reports, office notes, mental health records, counseling, therapy records, psychiatric records, pharmaceutical records, diagnostic tests, correspondence, x-ray films, and x-ray reports, drug and alcohol abuse records, and any other records relative to the plaintiff, Carl Augsberger, date of birth: May 23, 1953, Social Security Number: 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.

These records are to be produced, upon payment of a reasonable fee, to Joseph M. Hamilton, Esq., Mirick, O'Connell, DeMallie & Lougee, LLP, 100 Front Street, Worcester, MA 01608-1477, within 21 days from this Order.

Dated: April 14, 2006

By the Court

KENNETH P. NEYMAN ~~Justice~~
U.S. MAGISTRATE JUDGE

{H:\PA\Lit\16310\00069\A0907618.DOC}