UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER,<br>    Plaintiff<br><br>V.<br><br>UNUM PROVIDENT CORP and<br>NEW YORK LIFE INSURANCE<br>COMPANY,<br>    Defendants | CIVIL ACTION NO. 05CV30047-MAP |

## DEFENDANTS' MOTION TO DISMISS

The defendants, pursuant to Federal Rule of Civil Procedure 37(b), move to dismiss the plaintiff's complaint for failure to comply with this Court's order dated April 11, 2006 requiring the plaintiff to produce documents in further response to defendants' discovery by April 17, 2006. In addition, the defendants request that attorney's fees be awarded for costs incurred in their efforts to have Mr. Augsberger respond to their discovery requests. The defendants will submit an affidavit detailing those fees in the event this Court determines such an award is appropriate. In further support of this motion, the defendants submit the accompanying memorandum.

{H:\PA\Lit\16310\00069\A0918689.DOC}

        UNUMPROVIDENT CORPORATION and
NEW YORK LIFE INSURANCE
COMPANY

By their attorneys,

  /s/  Kristina H. Allaire
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated:  May 24, 2006

## RULE 37.1 CERTIFICATION

     I hereby certify that the provisions of Local Rule 37.1 have been complied with. Specifically, a discovery conference was requested by letter dated May 8, 2006.  In response, plaintiff's counsel forwarded a letter dated May 9, 2006 requesting an additional ten days to supplement discovery responses.  This request was granted by the defendants by letter dated May 10, 2006.

  /s/ Kristina H. Allaire
Kristina H. Allaire

Dated:  May 24, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 24, 2006.

  /s/ Kristina H. Allaire
Kristina H. Allaire