UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL AUGSBERGER., <br>     Plaintiff <br><br> V. <br><br> UNUM PROVIDENT CORP and <br> NEW YORK LIFE INSURANCE <br> COMPANY, <br>     Defendants | CIVIL ACTION NO. 05CV30047-MAP |

**DEFENDANTS' WITHDRAWAL OF MOTION TO DISMISS**

The defendants move this Court for leave to withdraw a pending Motion to Dismiss. The Motion is now moot because plaintiff has complied with this Court's order dated April 11, 2006 requiring the plaintiff to produce documents in further response to defendants' discovery.

WHEREFORE, defendants' Motion should be allowed.

{H:\PA\Lit\16310\00069\A0924989.DOC}

2

       UNUMPROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY

       By their attorneys,

       /s/ Kristina H. Allaire
       Joseph M. Hamilton
       BBO #546394
       Kristina H. Allaire
       BBO #646001
       Mirick, O'Connell, DeMallie & Lougee, LLP
       100 Front Street
       Worcester, MA 01608-1477
       Phone: (508) 791-8500
       Fax:   (508) 791-8502

Dated: May 31, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2006.

       /s/ Kristina H. Allaire
       Kristina H. Allaire