UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARL AUGSBERGER,
    Plaintiff

V.

UNUM PROVIDENT CORP and
NEW YORK LIFE INSURANCE
COMPANY,
    Defendants

CIVIL ACTION NO. 05CV30047-MAP

## REQUEST FOR ORDER FOR STAY OF PROCEEDINGS

The parties hereto, by their undersigned counsel, hereby agree as follows:

1.    Plaintiff, Carl Augsberger, filed the instant action seeking to recover disability benefits pursuant to a policy issued by the New York Life Insurance Company.

2.    The Paul Revere Life Insurance Company (a subsidiary of UnumProvident Corporation) is the administrator of Mr. Augsberger's policy.

3.    As part of a multi-state settlement with insurance regulators and the United States Department of Labor, certain subsidiaries of UnumProvident Corporation, including The Paul Revere Life Insurance Company, have agreed to implement a Claim Reassessment Process. While not part of the multi-state agreement, UnumProvident Corporation and The Paul Revere Life Insurance Company are extending the Claim Reassessment Process to New York Life policyholders on essentially the same basis as they are extending to their own policyholders.

4.    Plaintiff voluntarily has elected to participate in the Claim Reassessment Process, pursuant to which The Paul Revere Life Insurance Company will review its previous decision to deny his claim for disability benefits.

5.   The parties agree that this action may be stayed pending the outcome of the Claim Reassessment Process with respect to plaintiff's claim.

6.   The parties further agree that they shall provide notice to the Court within fourteen (14) days of the determination reached on plaintiff's claim in conjunction with the Claim Reassessment Process, and report to the Court regarding the progress of the reassessment at the status conference scheduled for November 7, 2006.

WHEREFORE, the parties hereby request entry of an Order staying the proceedings in this action pending the outcome of the Claim Reassessment Process as it pertains to plaintiff's claim for benefits.

| CARL AUGSBERGER | UNUMPROVIDENT CORPORATION and NEW YORK LIFE INSURANCE COMPANY |
|---|---|
| By his attorney, | By its attorneys, |
| ____/s/ Thomas A. Kenefick, III_____ | _____/s/ Joseph M. Hamilton_____ |
| Thomas A. Kenefick, III, BBO #267620 | Joseph M. Hamilton, BBO #546394 |
| 73 Chestnut Street | Kristina H. Allaire, BBO #646001 |
| Springfield, MA 01103 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Phone: (413) 734-7000 | 100 Front Street |
| Fax: (413) 731-1302 | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| | Fax: (508) 791-8502 |

Dated: June 14, 2006