UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARL AUGSBERGER**
       **Plaintiff**

**V.**

**CIVIL ACTION**

**NO.    05-30047-MAP**

**UNUMPROVIDENT CORP.**
       **Defendant**

**PROCEDURAL ORDER OF DISMISSAL**

**NEIMAN C.M.J**

    In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all administrative proceedings.

**November 7, 2006**                         **/s/ Kenneth P. Neiman**
**Date**                                             Chief U. S. Magistrate Judge